IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID W. JAMES | ) | BANKRUPTCY NO. 08-40790-REG |
| SHANNON R. JAMES | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than $5.00:

      Claim No. 3    Verizon Wireless Midwest    $4.07

Dated: September 23, 2010

Respectfully Submitted,

/s/ Edward Chosnek
Trustee
P.O. Box 708, Lafayette, Indiana 47902
Telephone: (765) 742-9081
E-mail: trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 23rd day of September, 2010, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1. U.S. Trustee
2. Kimberly Wright
3. Verizon Wireless Midwest, P.O. Box 3397, Bloomington IL 61702

/s/ Edward Chosnek